# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Jeffrey Coleman, Randall A. Miller, Quincy O. Edwards, Joseph K. Rander, Jamar Jones, Andrew Dunk _____ Plaintiff/Petitioner(s) v. United States marshel Service Randy Cobb _____ Defendant/Respondent(s) | Case Number: 17-1282-JPG (Clerk's Office will provide) ☑ CIVIL RIGHTS COMPLAINT Bivens pursuant to 42 U.S.C. §1983 (State Prisoner) ☐ CIVIL RIGHTS COMPLAINT pursuant to 28 U.S.C. §1331 (Federal Prisoner) ☐ CIVIL COMPLAINT pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law |

FILED
NOV 27 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## I. JURISDICTION

### Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement. Jeffrey Coleman 13853-028. White Co. Jail 108 N. maincross street Carmi, IL 62821

### Defendant #1:

B. Defendant United States marshel Service is employed as
  (a) (Name of First Defendant)

in charge of housing and transportation of federal inmates
  (b) (Position/Title)

with Department of Justice - 750 missouri Ave East St. louis
  (c) (Employer's Name and Address)

Illinois, 62202

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain: The united States marshal service is employed by the Department of Justice, which which is employed by United States Government

(Rev. 7/2010)  1

**Defendant #2:**

C. Defendant __Randy Cobb__ is employed as
(Name of Second Defendant)

__Jail Administrator__
(Position/Title)

with __White County Jail 108 N Main Cross St__
(Employer's Name and Address)
__Carmi IL__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain: __Randy Cobb is employed by the White County Jail, which is employed by the United States marshals__

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

II. **PREVIOUS LAWSUITS**

    A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

    B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1. Parties to previous lawsuits:
        Plaintiff(s):
        N/A

        Defendant(s):
        N/A

        2. Court (if federal court, name of the district; if state court, name of the county): N/A

        3. Docket number: N/A

        4. Name of Judge to whom case was assigned: N/A

        5. Type of case (for example: Was it a habeas corpus or civil rights action?): N/A

        6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

        7. Approximate date of filing lawsuit: N/A

        8. Approximate date of disposition: N/A

(Rev. 7/2010)

III.  **GRIEVANCE PROCEDURE**

  A.  Is there a prisoner grievance procedure in the institution? ☐ Yes ☑ No

  B.  Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☑ No

  C.  If your answer is YES,
  1.  What steps did you take?

  N/A

  2.  What was the result? N/A

  D.  If your answer is NO, explain why not. N/A

  E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☑ Yes ☐ No

  F.  If your answer is YES,
  1.  What steps did you take? We wrote and complaint to Jail Administrater Randy Cobb

  2.  What was the result? Cobb did not respond to the food complaint Cobb advices us that U.S. marshel service does not permit federal inmates to go to rec.

  G.  If your answer is NO, explain why not.

  H.  Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:
  We requested copies, but were not provided any

(Rev. 7/2010)

4

IV.   **STATEMENT OF CLAIM**

  A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

The Plaintiff has been incarcerated at White County Jail for numerous months during our stay, we have not been permitted to engage in recreational activities. The Plaintiff spoke with the jail administrator for White County Jail, about not being able to participate in recreational activities. Cobb then informed him in the presence of other federal inmates, that the supervisor for the United States Marshal Service informed him that federal inmates were not to receive recreation. The Plaintiff is locked in a cell 24 hours a day. We are not permitted to leave the cell except for visit, court, or to see the doctor. The Plaintiff is forced to breath in recycled air. The Plaintiffs has asthma, so the lack of fresh air, often causes asthma to flare up. The Plaintiff is also deprived of direct sunlight, which in essence deprives us of the nutrients the body needs. The Plaintiff shares a cell with 8 adult men. This cell is about the size of a single car garage. It is very difficult to maneuver without impeding someone space, or obstructing their view. The Plaintiff argues that he is not able to exercise nor "stretch" and bend his joints. He suffer headaches from breathing in the same air. And he suffers neck back, and leg pain, from his lack of outside recreational activities. The Plaintiff argues that since he is not in administative segregation (which provides inmates with outside recreational) this deprevation amounts to" Cruel and unusual Punishment" in violation of the 8th Amendment

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

The Plaintiff's request that the defendants pay 500,000 for Count 1 and 500,000 for Count 2 ~~and 500,000 for~~ ~~for the total sum of~~ Count 3 500,000 for the total sum of 1,500,000

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 11, 19, 17
(date)

_Signature of Plaintiff_

105 N. main Cross Street
Street Address

Jeffrey Coleman
Printed Name

Carmi IL 62821
City, State, Zip

13853-028
Prisoner Register Number

Signature of Attorney (if any)

Attachment A

Claim #2

The Plaintiff argues that he is being subjected to a diet of processed food without the option of choosing a more heathy alternative, unlike the bureau of prisons and other county jails within the Southern District of Illinois, the White County Jail does not provide inmates with fruit during their meals. Their menu consist of: A single bowl of cereal with milk (monday-Sunday); A mircowaveable landshire Sandwich and a small bag of chips (monday-Sunday); and A hungry man T.v. Dinner- for dinner (monday-Sunday). Illinois Statues require county Jails to rotate the menu every 90 days. The plaintiff has been incarcerated at white County for 10 months and menu has yet to change. Inmates recieve the items listed above for breakfast, lunch, and dinner. On October 12, 2017 the plaintiff and other federal inmates, filed a Complaint to the white County Jail Administrater Randy Cobb about the menu, The plaintiff complained about being served a strict diet of cereal for breakfast, without offering fruits or other healthy alternatives, having to eat processed mircowaveable sandwichs, without a healthy alternative, and having to eat T.v. dinners - for dinner (which consist of mashed potatos everyday) without fruit or a healthy alternative. Mr Cobb did not respond to the Complaint and did not make a copy as requested Changing the menu or offering alternatives would

(1)

not cause any inconvenience on the County Jail. At White County Jail, inmates that are on certain diets are provided with trays that provide them with fresh foods, fruits and vegetables. These inmates are served these trays (monday - sunday) and are never forced to eat the processed food. The Plaintiff also complained that the food served to inmates is often out dated and on a few occasions was molded. The outdated and molded food was showed to staff and was inspected, in which they confirmed it. The Department of Justice provides the United States Marshal Services, which in turn provides County Jails with funds to insure that federal inmates needs are met. The Marshal Service has inspected the White County Jail on numerous occasions, but has yet to force it to change the menu to be in accordance with Illinois State law and provide inmates with healthy alternatives (As provided by the Bureau of Prisons). This leads to the conclusion that the marshal services condones the unhealthy diet of processed food, with no alternatives. The United States Supreme Court has held " A overcrowded cell and diet of 'grue' might be tellerable for a few days and intellerable cruel for weeks or months;
See Hutto v. Finney, 437 U.S. 678. 686-87, 98 S. Ct. 2565, 57 L. Ed. 2d. 522 (1978) This amounts to a 8th Amendment Violation: Cruel and unusual punishment

(2)

Attachment
Claim #3

The Plaintiffs argues that their right to Due process are being violated at the white County Jail. This is so because, this institution does not provid inmates with a law library. This makes it impossible for inmates to research their case. The plaintiff's understands that, they are or were represented by an attorney. But at times attorneys have large case loads, meaning that, minimal effort is put into his case, the end result is, the Plantiffs are forced to fight issues that their attorneys overlooked, once they are in prison. Often times it is to late and the statue of limitations has then pessed, Many inmates, are forced to spend extended time or even life in prison, because they were not able to research their case in the pretrial stage, instead of once they have been sentenced to prison. The united states marshals are aware of the white county Jail, not providing inmates with access to a law library. This amounts to a Due process Violation

(1)

Jeffrey Coleman
White Co. Jail
108 N. main cross ST
Carmi IL 62821

MAIL CLEARED
US MARSHALS

INMATE MAIL

CLERK of court
United States District court
P.O. Box 249
East St. Louis, Illinois 62202
62202-024949

LEGAL MAIL

--INMATE MAIL--

WHITE COUNTY JAIL                    CENSORED

R.

WHITE COUNTY JAIL
108 NORTH MAIN CROSS
CARMI, IL 62821
618-382-7149

RECEIVED
NOV 27 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE